IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SHEILA DAWN PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) Civil Action No. 1:16-CV-178-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections and the time to do so has now expired.

The Court has reviewed the Report and Recommendation for clear error and finds none. It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, that the decision of the Commissioner is **AFFIRMED**, and that the above-styled and -numbered cause is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 25th day of March, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE